UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JAMES PATRICK REEDOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:13-cv-00308-JAW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRAGTE JUDGE**

The United States Magistrate Judge filed with the Court on September 30, 2013 her Recommended Decision (ECF No. 15). The Plaintiff filed his objections to the Recommended Decision on October 7, 2013 (ECF No. 16). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Defendant's Motion to Dismiss (ECF No. 13) be and herby is <u>GRANTED</u> and the Complaint (ECF No 1) is dismissed without prejudice, for failure to exhaust administrative remedies.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 7th day of November, 2013